UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CYNTHIA JANE CAREY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04104-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CYNTHIA JANE CAREY**<br><br>Re: Dkt. No. 45 |

　　　The Court has reviewed Magistrate Judge Van Keulen's Report and Recommendation Re Plaintiff's Application for Default Judgment against Defendant Cynthia Jane Carey. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　IT IS HEREBY ORDERED that the Plaintiff's Application for Default Judgment against Defendant Cynthia Jane Carey is GRANTED. The Clerk shall enter judgment against Defendant Cynthia Jane Carey in accordance with the Report and Recommendation.

　　　**IT IS SO ORDERED.**

Dated: April 5, 2018

　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge