UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA JANE CAREY, et al.,<br><br>Defendants. | Case No. 17-cv-04104-HSG<br><br>**JUDGMENT** |

For the reasons set forth in Magistrate Judge Van Keulen's Report and Recommendation Re Plaintiff's Application for Default Judgment against Defendant Cynthia Jane Carey filed on March 8, 2018 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered in favor of Plaintiff against Defendant Cynthia Jane Carey as follows:

(1) Defendant Cynthia Jane Carey shall not have any entitlement to any proceeds under Contract No. KA00162812 that was issued by Keyport Life Insurance Company, a predecessor company to Plaintiff Delaware Life Insurance Company, to Patrick F. Carey;

(2) Plaintiff is hereby and shall be discharged from any liability to Defendant Cynthia Jane Carey to the full extent permitted by law with respect to the Contract;

(3) Defendant Cynthia Jane Carey shall be restrained from taking, proceeding with, or commencing any action against Plaintiff or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers,

administrators, agents, predecessors, successors, attorneys, and assigns, for or on account of any transaction, matter, happening, or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Contract, and/or with respect to benefits due under the Contract; and

(4) Defendant Cynthia Jane Carey shall be dismissed with prejudice from the Complaint.

Dated at Oakland, California, this 5th day of April, 2018.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.