UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA JANE CAREY, an individual;<br>CHRISTINE MARIE CAREY, an individual;<br>and JEFFERSON RICHARD CAREY,<br>an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:17-cv-04104-HSG<br><br>**ORDER GRANTING PLAINTIFF DELAWARE LIFE INSURANCE COMPANY AND DEFENDANT CHRISTINE MARIE CAREY'S JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: April 24, 2018<br>Time: 2:00 p.m.<br>Dept.: 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court has scheduled a Case Management Conference in the above-entitled matter for April 24, 2018. Plaintiff Delaware Life Insurance Company and Defendant Christine Marie Carey have submitted a timely joint request for telephonic appearance.

Good cause appearing, the Court hereby orders that Plaintiff Delaware Life Insurance Company and Defendant Christine Marie Carey are excused from making a personal appearance and are permitted to appear by telephone at the April 24, 2018 Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

//

Delaware Life Insurance Company v. Carey, et al.
Case No. 4:17-cv-04104-HSG
Order Granting Plaintiff Delaware Life Insurance Company and
Defendant Christine Marie Carey's Joint Request for Telephonic
Appearance at Case Management Conference

1

IT IS SO ORDERED.

Dated: April 10, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.

Delaware Life Insurance Company v. Carey, et al.
Case No. 4:17-cv-04104-HSG
Order Granting Plaintiff Delaware Life Insurance Company and
Defendant Christine Marie Carey's Joint Request for Telephonic
Appearance at Case Management Conference

2