UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>CYNTHIA JANE CAREY, an individual; CHRISTINE MARIE CAREY, an individual; and JEFFERSON RICHARD CAREY, an individual; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No. 4:17-cv-04104-HSG<br><br>**ORDER FOR DEPOSIT OF INTERPLEADER FUNDS INTO THE COURT'S REGISTRY**<br><br>**[Filed concurrently with Application for Leave to Deposit Interpleader Funds]** |

The Court enters this Order pursuant to Plaintiff's Application for Leave to Deposit Interpleader Funds, filed concurrently with its Proposed Order, and Federal Rule of Civil Procedure 67. Good cause appearing,

IT IS ORDERED that the Clerk of the Court shall accept and deposit into an interest-bearing account a check from Delaware Life Insurance Company for $12,091.63 made payable to the Clerk of the United States District Court. Upon deposit with the Clerk of the Court, the funds are to be disposed of only according to such other and further Orders of this Court.

Dated: May 7, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge