UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA JANE CAREY, an individual; CHRISTINE MARIE CAREY, an individual; and JEFFERSON RICHARD CAREY, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:17-cv-04104-HSG<br><br>**ORDER ON STIPULATION FOR JOINDER, DISCHARGE, DISBURSEMENT OF FUNDS, AND DISMISSAL OF ACTION**<br><br>**[Filed concurrently with Stipulation for Discharge, Disbursement of Funds, and Dismissal of Action]** |

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Christine Marie Carey, Personal Representative of the Estate and Executor of the Will of Patrick F. Carey, is hereby joined as a defendant in this action.

2. Plaintiff Delaware Life Insurance Company ("Delaware Life") is hereby and shall be discharged from any and all liability to Defendants Christine Marie Carey, an individual; Christine Marie Carey, Personal Representative of the Estate of Patrick F. Carey; and Christine Marie Carey, successor in interest of Jefferson Richard Carey, an individual, deceased on November 10, 2017 and all Defendants, collectively referred as "Defendants," to the full extent permitted by law with respect to Contract No. KA00162812 (the "Contract") issued by Keyport

1  Life Insurance Company, now known as Delaware Life, to Patrick F. Carey.

2      3.    Defendants shall be restrained from taking or proceeding with or commencing any action against Plaintiff Delaware Life or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Contract and/or with respect to the annuity proceeds due under the Contract.

    4.    Delaware Life shall be awarded the sum of $5,000.00 as reasonable attorneys' fees and costs incurred in connection with this interpleader, to be paid out of the proceeds prior to distribution. The check for said amount shall be made payable to "Delaware Life Insurance Company" and mailed to:

> Nancy J. Marr., Esq.
> BURKE, WILLIAMS & SORENSEN
> 400 South Flower Street, Suite 2400
> Los Angeles, CA 90071

    5.    Christine Marie Carey, Personal Representative of the Estate of Patrick F. Carey, shall receive the remainder of the proceeds in the amount of $7,091.63 and all interest accrued. The check for said amount shall be made payable to defense counsel, "Penrose Chun & Gorman LLP Trust Account" and mailed to:

> Anna M. Penrose-Levig, Esq.
> PENROSE CHUN & GORMAN LLP
> 1200 Pacific Avenue, Suite 260
> Santa Cruz, CA 95060

    6.    After receipt of the check, Penrose Chun & Gorman LLP shall distribute payment to Christine Marie Carey, Personal Representative of the Estate and Executor of the Will of Patrick F. Carey, and/or her respective attorneys, in accordance with this Order.

//

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

CASE NO. 4:17-cv-04104-HSG
ORDER ON STIPULATION FOR JOINDER,
DISCHARGE, DISBURSEMENT AND DISMISSAL

7. This action shall be dismissed, with prejudice, as to all parties with each party to bear their own costs and attorneys' fees, except as provided herein.

IT IS SO ORDERED.

Dated:  May 14, 2018

*[signature]*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE